# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-3377
_____

RAYMOND M. LYNCH,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Tatiana Salvador, Judge.

July 3, 2019

PER CURIAM.

    AFFIRMED.

WETHERELL, OSTERHAUS, and WINOKUR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Raymond M. Lynch, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.